**Order entered May 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01313-CV

**INSURANCE ALLIANCE, Appellant/Cross-Appellee**

**V.**

**LAKE TEXOMA HIGHPORT, LLC, ET AL., Appellees/Cross-Appellants**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 08-0604-397**

## ORDER

The Court has before it appellee and cross-appellant Lake Texoma Highport, LLC's May 9, 2013 unopposed motion for extension of time to file its brief. The Court **GRANTS** the motion and **ORDERS** Lake Texoma Highport, LLC to file its brief by June 19, 2013.

/s/     ELIZABETH LANG-MIERS
         JUSTICE